UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN CANALIZO, *on behalf of himself and others similarly situated*,<br><br>Plaintiff,<br><br>-v-<br><br>OSTERIA LAGUNA LLC and MADDALENA CINQUE,<br><br>Defendants. | 26 Civ. 4777 (JPC)<br><br><u>ORDER</u> |

JOHN P. CRONAN, United States District Judge:

The Court reminds the parties that settlements of claims under the FLSA require the approval of this Court or the Department of Labor to take effect. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). Therefore, if the parties have reached a settlement and seek dismissal of this action, they shall submit any settlement requiring Court approval and any other necessary information by October 21, 2026.

SO ORDERED.

Dated: October 7, 2026
New York, New York

JOHN P. CRONAN
United States District Judge