UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIAN CANALIZO, on behalf of himself and others similarly situated,

Plaintiff,

-against-

OSTERIA LAGUNA LLC, and MADDALENA CINQUE,

Defendants.

Civil Case No.: 26-cv-04777 (JPC)

**JUDGMENT**

WHEREAS pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants Osteria Laguna LLC and Maddalena Cinque ("Defendants") having offered to allow judgment to be entered against them and in favor of Plaintiff Adrian Canalizo ("Plaintiff"); and

WHEREAS the offer of judgment encompasses all of Plaintiff's Causes of Action contained in the Complaint, based upon facts existing as of the date of acceptance of the offer; and

WHEREAS all the terms of the offer of judgment are hereby incorporated into this Judgment; and

WHEREAS Plaintiff has confirmed acceptance of Defendants' offer of judgment; it is hereby,

ORDERED, ADJUDGED, AND DECREED that judgment in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00) against the Defendants Osteria Laguna LLC and Maddalena Cinque and in favor of Plaintiff Adrian Canalizo shall be entered encompassing all of Plaintiff's Causes of Action contained in the Complaint in this Action.

Dated: New York, New York
October 22, 2026

Hon. John P. Cronan, U.S.D.J.